IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 19-CR-00940 JCH |
| | ) | |
| BRANDON CHARLEY, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF DEFENSES THAT MAY BE PRESENTED AT TRIAL BY DEFENDANT BRANDON CHARLEY

Defendant Brandon Charley, by and through his counsel of record, Jason Bowles of the Bowles Law Firm and Robert J. Gorence of Gorence & Oliveros, P.C., pursuant to Paragraph 2 of the Joint Proposed Scheduling Order, filed on August 7, 2019 (Doc. 87), and although not required by Fed. R. Crim. P. 12.1, 12.2 and 12.3, submits the following list of defenses that may be presented at trial:

1. Mr. Charley may present a defense of Defense of Others; and

2. Mr. Charley may present a defense of Self-Defense.

Respectfully submitted,

*/s/ Jason Bowles*
Jason Bowles
Bowles Law Firm
P.O. Box 25186
Albuquerque, N.M. 87125-5186
(505) 217-2680
jason@bowles-lawfirm.com

and

*/s/ Robert Gorence*
Robert Gorence
Gorence & Oliveros, P.C.
300 Central Avenue SW, Suite 1000E
Albuquerque, NM 87102
(505) 244-0214
gorence@golaw.us

*Attorneys for Defendant Brandon Charley*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 13th day of August, 2019, I filed the foregoing electronically through the Court's CM/ECF system, which caused the following counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Joseph Spindle
Assistant United States Attorney
Joseph.Spindle@usdoj.gov

*/s/ Robert J. Gorence*
Robert J. Gorence
Gorence & Oliveros, P.C.