IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 19-CR-00940 JCH |
| | ) | |
| BRANDON CHARLEY, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR COMPULSORY PROCESS**

Defendant Brandon Charley, by and through his counsel of record, Jason Bowles of the Bowles Law Firm and Robert Gorence of Gorence & Oliveros, P.C., hereby requests an Order from the Court ordering the U.S. Marshal Service to locate and effectuate service upon the witnesses in this matter and to direct the government to provide all necessary biographical information to the U.S. Marshal Service. As grounds for this motion, Mr. Charley states as follows:

1. Ms. Charley was arraigned on April 3, 2019, and was subsequently released on conditions to La Pasada Halfway House on or about August 14, 2019.

2. Trial of this matter is currently set to commence on January 6, 2020.

3. At the trial of this matter, Mr. Charley seeks to call witnesses identified on his Witness List (Doc. 108), filed on October 22, 2019, in order to demonstrate that his actions were in defense of another.

4. Because in the government provided discovery, the dates of birth, social security numbers and addresses for the various witnesses in this case have been redacted, Mr. Charley requests that the procedure outlined by Judge Vazquez in her October 20, 2016 Order (Doc. 57) entered in *United States of America v. Cornelia Tapaha*, 16-cr-1099, be followed. Namely, (1)

the Clerk's Office issues blank, signed and sealed, subpoenas to defense counsel, (2) defense counsel completes the subpoenas with each witness' name, then delivers the subpoenas to counsel for the government, (3) government counsel adds the biographical information to the subpoenas for each witness and (4) government counsel then delivers the subpoenas to the U.S. Marshal Service for service on the witnesses.

5. As such, Mr. Charley requests that the government provide biographical identifiers to the U.S. Marshal Service and that this Court order the U.S. Marshal Service to locate and effectuate service of process upon all of the individuals listed in Defendant's Witness List (Doc. 108).

6. Undersigned counsel has contacted AUSA Joseph Spindle and he does not object to this Motion.

WHEREFORE, Defendant Brandon Charley respectfully requests that this Court order the U.S. Marshal Service to locate and effectuate service of process upon all of the individuals listed on Defendant's Witness List and that the government be directed to provide all necessary biographical information to the U.S. Marshal Service, and for such other relief as this Court deems just.

    Respectfully submitted,

    */s/ Jason Bowles*
    Jason Bowles
    Bowles Law Firm
    P.O. Box 25186
    Albuquerque, N.M. 87125-5186
    (505) 217-2680
    jason@bowles-lawfirm.com

    and

Robert J. Gorence
Gorence & Oliveros, P.C.
300 Central Avenue SW, Suite 1000E
Albuquerque, NM 87102
(505) 244-0214
gorence@golaw.us

*Attorneys for Defendant Brandon Charley*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 22nd day of October, 2019, I filed the foregoing electronically through the Court's CM/ECF system, which caused the following counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Joseph Spindle, Attorney for the United States
Joseph.Spindle@usdoj.gov

Letitia Simms, Attorney for the United States
Letitia.simms@usdoj.gov


*/s/ Robert J. Gorence*
Robert J. Gorence
Gorence & Oliveros, P.C.