## CV and Bio of Joost Janssen

Joost Janssen



## Personal Information

Date of Birth:     May 03, 1972

Place of Birth:    Strampory, Netherlands

Citizenship:       USA

Sex:               Male

Marital Status: Married (19 years)

Address:           5045 Glen View Pl.

                       Bonita, CA, 91902

Current Occupations:

Occupation: Military Advisor, Stunts, and Cast in Film Productions

Company: GSGI

Address: 6026 Panorama Dr.

Huntington Beach, CA, 92648

Dates: 2009-2014


Occupation: Business Owner

Company: Bodie International

Address: 5045 Glen View Pl.

Bonita, CA, 91902

Incorporated: 2009


Occupation: Business Owner

Company: Embark Wholesale

Address: 5045 Glen View Pl.

Bonita, CA, 91902

Incorporated: 2011


Former Occupations

Occupation: Global Response Staff (GRS)

| | |
|---|---|
| Company: | Central Intelligence Agency |
| Address: | 1000 Colonial Farm Rd. |
| | Langley, McLean, VA, 22101 |
| Dates: | 2009-2014 |

| | |
|---|---|
| Occupation: | Chief Petty Officer - SEAL |
| Company: | US Navy |
| Address: | 2000 Trident Way |
| | San Diego, CA, 92155 |
| Dates: | 1995 - 2008 |

| | |
|---|---|
| Occupation: | Paramedic – Field Training Officer |
| Company: | Life EMS |
| Address: | 1275 Cedar St NE |
| | Grand Rapids, MI, 49503 |
| Dates: | 1991 - 1995 |

| | |
|---|---|
| Occupation: | Emergency Medical Technician - Basic |
| Company: | Bartlett's Ambulance |
| Address: | 203 Wade Rd. |
| | Truro, NS, B2N 0C7 |
| Dates: | 1989 - 1991 |

## Qualifications and Education:

### Medical/Military Medical:

1990:  Emergency Medical Technician - Basic

1991: Davenport College - Paramedic diploma

1992:  Nationally Registered EMT-Paramedic license

1992:  Advanced Cardiac Life Support.

1992:  Basic Trauma Life Support

1994: Licensed Paramedic Instructor – State of Michigan

1998: Special Operations Combat Medic Course (18-Delta)

1999: Advanced Battlefield Trauma Course

2005: Tactical Combat Casualty Care (TCCC)

2011: Bachelor of Science- Clinical Health Sciences – Trident University.

### US Military – Navy:

1995: US Navy Boot Camp

1996: Hospital Corpsman 'A' School

1996:  Class 211 – Basic Underwater Demolition / SEAL Training

1997: Swimmer Weapons System Course

1997: Basic Airborne Course

1998: SEAL Tactical Training Course

1998: Survival, Evasion, Resistance and Escape (SERE)

1999: Close Quarters Defense Level 1 (Hand-to-hand combat)

1999: Cold Weather Tactical Training Course – Kodiak Alaska

1999: Diving Equipment & Maintenance Repair Course

1999: LAR-V Repair Course

1999: Rope Master Course

2000: Close Quarters Defense Level 2 (Hand-to-hand combat)

2001: High Altitude Parachutist (HALO) School

2001: Tactical Pistol / Carbine Blackwater Course

2001: SEAL Scuba Diving Supervisor

2001: Desert Warfare Training Course

2001: Range Safety Officer Qualification

Military Specialties:

Small Arms Marksman Instructor (NEC-0812)

Military Instructor (NEC-9502)

Master Training Specialist

Special Operations Medical Technician (NEC-8492)

Master Naval Parachutist (NEC-5392)

Combat Swimmer – SEAL (NEC-5326)

## Military Awards:

Navy and Marine Corps Commendation Medal

Joint Service Achievement Medal

Navy and Marine Corps Achievement Medal (5)

Global War on Terrorism Expeditionary Medal

Global War on Terrorism Service Medal

M4 Expert Rifleman Medal

M23 Expert Pistol Medal

National Defense Medal

Good Conduct Medal (4)

Special Warfare Insignia (SEAL)

Military Freefall Insignia

## Central Intelligence Agency:

2009 Global Response Staff (GRS) Selection Course (TDC)

Tactical Mobility Driving School

Rick Seaman Stunt Driving School

Defensive and Evasive Driving Course

TDCS Weapons and Tactical Training Course

Bio:

This professional opinion is based on 13 years of weapons and combat experience in the US Navy, serving as a Navy SEAL operator with SEAL Team 5, as well as 5 years of special operations Agency (CIA) Direct Hire Contractor. Chief Petty Officer (CPO) Joost Janssen has completed a total of 18 overseas combat deployments from 1995 to 2014. He has conducted operations in Iraq, Afghanistan, Yemen, Libya, Egypt and the West Bank.

Joost spent three years as a NSWC BUD/S Instructor and is qualified as a military small arms instructor.

DD214 available upon request.

During the Egyptian revolution of 2011, Joost Janssen was on the ground in Cairo facilitating the extraction of US citizens during that very volatile and hostile environment.

In 2012 while with the CIA in Yemen. Joost was an integral part of thwarting an Al Qaeda plot to smuggle an experimental bomb aboard an airliner bound for the United States. This was the first bomb of its kind. It contained no metal parts and would have been very difficult to detect by airport security technology at the time.

He has continued a career as a Military and CIA Advisor to Hollywood. Military advisors do everything from teach actors how to perform close quarters battle scenes, to helping recreate the look of actual combat. Their primary function is to keep the project accurate and realistic.

Link to Hollywood productions;

https://www.imdb.com/name/nm7425457/

Joost has performed as a trainer, advisor, stunt performer, and cast on several productions including American Assassin, 13 Hours (Benghazi), The Mummy (2017), Jack Ryan (2018), Transformers, Ironman, John Hancock, Red, Unlocked, and the Last Ship.

Featured in the Sep 2017 Issue of Popular Mechanics which covers the weapons choices for the, 'American Assassin' Movie

https://www.popularmechanics.com/culture/movies/news/a27370/american-assassin/

Featured in Men's Journal Article. Describing the training and preparation of the cast of '13 Hours – Secret Soldier of Benghazi' and 'American Assassin'

https://www.mensjournal.com/health-fitness/meet-the-navy-seal-who-turns-actors-into-assassins-w507083/

Statement of Compensation:

I have been retained by the Bowles Law Firm, Albuquerque, N.M., and am being compensated at the rate of $125.00 per hour plus expenses as required.

**Report**

Case Documents:

I based my opinions on review of numerous documents and evidence in discovery provided by defense counsel, to include pictures of the overall scene, vehicle, and shots fired, autopsy report, various interviews of witnesses and I reviewed the expert report from the government expert, Mr. Watt.

Summary of Incident:

The shooting incident occurred in the early afternoon of June 24th, 2018. According to witnesses' statements, there were significant events leading up to this altercation.

Brandon Charley and Two Eagle were off-roading when they saw a female being assaulted and possibly raped by a male assailant. When they approached them, the male ran away from the scene. They offered help to the female, but she was non-communicative and did not appear to want help. They observed a laceration on her forehead and blood running down her face.

20-30 mins later the male assailant returned with others in a white Explorer. The male got out of the Explorer with a baseball bat chasing towards Charley and Two Eagle and throwing a rock and breaking the rear window of their green Tahoe. As they were leaving, they saw the female victim being dragged towards the Explorer.

Observing what looked like an attempted abduction of the female victim, Charley and Two Eagle quickly returned home to grab a weapon and returned to the scene.

When they returned, they observed the female, who appeared unconscious, was being pulled into the Explorer

In effort to stop the crime in progress Charley Brandon shoot 3 rounds with his .357 Sig pistol in effort to stop the moving vehicle from escaping.

Warren Morgan was near the rear driver's side window. He was hit by one of the rounds and perhaps shrapnel from the bullet deflecting off the Explorer.

The driver of the Explorer panicked and drove the vehicle into a tree and exited and ran from the scene.

Professional Opinions:

This opinion is based on the review of evidence and testimony received from Jason Bowles, attorney for the defendant Brandon Charley. I reserve the right to amend this report if other evidence becomes available.

Supporting Points and Basis for these Opinions:

Point 1: The .357 Sig pistol is not capable of taking a 50m shot with any real hope of hitting an individual human target. Charley did not have the right weapon, training and experience to target Morgan directly.

The weapon used was a .357 Sig semi-auto pistol. In very capable and experienced hands, it can only be effectively used out to 25 yards. The average shooters accurate range is usually out to between 7-15 yards with this weapon.

In my screening for the Agency's elite special operations unit, the military's top shooters are tested from the 7 yards line out to 25 yards and no further when shooting a semi-auto pistol.

Even if Charley had been a uniquely gifted shooter, the grouping would have been much tighter. The three shots impacted; 1. Above the front wheel. 2. Drivers door. 3. At the rear passenger area. That works out to be a group well over 4 ft wide. The pattern and evidence is consistent with shots fired at a vehicle to disable a vehicle

(Source- Diagram/Sketch 198A-AQ-2945244 06/25/2018).

This is consistent in what would be expected from an inexperienced shooter that was aiming for the Tahoe as a whole.

If Charley had focused on Morgan in a deliberate, focused effort, the shot group would have been no more than 10-12 inches wide.

It appears that Charley was not focusing his fire art Morgan, but he was directing his fire at the Explorer as a whole.

**Point 2:** Charley and Two Eagles witnessed the aftermath of the assault and rape of Yazzie.

*Source- Edward Two Eagles 198A-AQ-2945244 Serial 29. 07/03/2018.*

Yazzie described the assault in two separate interviews.

*Source- Charlinda Ann Yazzie 198A-AQ-2945244 Serial 22. 07/02/2018.*

Yazzie was photographed with a laceration to the forehead.

*Source-1201/1202*

**Point 3:** Morgan initiated aggressive action towards Charley and Two Eagles.

He returned to the scene with two or more adult males. He also returned with a weapon (baseball-bat) and threw a rock and broke the rear window of the Tahoe as it was leaving.

These actions are consistent with a perpetrator wanting to get rid of any interference or witnesses to his crime.


**Point 4:** Charley and Two Eagles reported the assault to family members while they returned home to get the weapon. This demonstrates that their concern and motivation was for the victim not a grudge against Morgan.

*Source- Darlene Vandever 198A-AQ-2945244 Serial 7. 06/27/2018.*

*Source- Stephanie Emerson 198A-AQ-2945244 Serial 8. 06/27/2018.*


**Point 5:** When Charley and Two Eagles returned to the scene, Yazzie had not yet been pulled completely into the white Tahoe. Charley's actions were consistent with an attempt to stop a crime in progress and to prevent Morgan from dragging the victim Yazzie into the Tahoe

## Outside Sources and Handbooks:

-Shooter's Bible, 111th Edition: The World's Bestselling Firearms Reference: 2019–2020 Paperback – October 15, 2019. Jay Cassell

-Gun Digest 2020, 74th Edition: The World's Greatest Gun Book! Paperback – September 17, 2019.  Jerry Lee

-USA West Marco Polo Map (Marco Polo Maps)

by Marco Polo Travel Publishing | Aug 3, 2016

| | |
|---|---|
| *Joost Janssen* | 10/27/2019 |
| Joost Janssen | Date |