IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

Plaintiff,

vs.                                                        19-CR-00940 JCH

BRANDON CHARLEY,

Defendant.

## STIPULATED ORDER TO MODIFY CONDITIONS OF RELEASE, MATERIAL WITNESS

**THIS MATTER**, having come before the Court on motion of material witness Charlinda

Yazzie, the parties having stipulated, and the Court being sufficiently advised, the Court hereby

FINDS

Further supervision of the material witness by Pretrial Services is not necessary in the interest of

justice.

**WHEREFORE**, the Court ORDERS that Pretrial Services is relieved of further

supervision of Charlinda Yazzie in this matter.

SO ORDERED.

Hon. Judith C. Herrera
Senior United States District Judge

SUBMITTED:                        Joseph Spindle, Esq.
/s/                               Assistant United States Attorney
Mary McCleary                     Via email, July 26th 2020
Attorney for Charlinda Yazzie

                                  Robert Gorence, Esq.
APPROVED:                         Attorney for Defendant