# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO
## MINUTE SHEET
### BEFORE THE HONORABLE JUDITH C. HERRERA

## Status Conference

| | | | | | | |
|---|---|---|---|---|---|---|
| CR No: | 19-940 JCH | USA vs. | Charley | | | |
| Date: | 2/11/21 | Defendant: | Brandon Charley | Interpreter: | n/a | |
| Time In/Out: | 11:00 – 11:10 | Total Time: | 10 minutes | Hearing in: | remote - via Zoom | |
| Clerk: | E. Romero | Court Reporter: | Paul Baca | Probation Officer: | n/a | |
| AUSA: | Joseph Spindle and Letitia Simms | Defendant's Counsel: | Jason Bowles and Robert Gorence | | | |

### PROCEEDINGS

11:00 Court in session; Parties state appearances

Mr. Spindle outlines outstanding issues

Mr. Gorance responds and states counsel will be filing a motion to continue the current trial setting; Defendant concerned about a fair cross section of jurors; Defendant is out of custody and compliant with all conditions of release; Suggests a trial date in August or September.

Mr. Bowles has nothing to add

Mr. Spindle responds and concurs with Mr. Gorance;

Court concurs and will grant the parties motion to continue

11:10 Court is adjourned