# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO
## MINUTE SHEET
### BEFORE THE HONORABLE JUDITH C. HERRERA

## Status Conference

| | | | | | | |
|---|---|---|---|---|---|---|
| CR No: | 19-940 JCH | USA vs. | Charley | | | |
| Date: | 8/12/21 | Defendant: | Brandon Charley | Interpreter: | n/a | |
| Time In/Out: | 10:30 – 10:45 | Total Time: | 15 minutes | Hearing in: | remote - via Zoom | |
| Clerk: | E. Romero | Court Reporter: | Paul Baca | Probation Officer: | n/a | |
| AUSA: | Letitia Simms | | Defendant's Counsel: | Robert Gorence | | |

### PROCEEDINGS

10:30 Court in session; Counsel state appearances

Parties are ready to proceed to trial as scheduled on September 20, 2021

Court outlines procedure for jury selection and trial with and without Covid restrictions

Mr. Gorence addresses Court re: venir panel and states he will work with the government to agree on exhibits ahead of trial

Mr. Gorence will be submitting motion for compulsory service of process; Reminds court a Lafler/Frye hearing is pending

Ms. Simms responds re: compulsory service of process

Court will conduct Lafler/Frye hearing the morning of jury selection

Mr. Gorence responds

Court addresses parties

Mr. Gorence addresses Court re: unvaccinated jurors and whether they can be excused for that specifically

Court will keep the issue in mind

Court encourages parties to continue talking re: resolution

10:45 Court is adjourned