FILED
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CR. No. 19-00940-JH |
| ) | |
| vs. ) | 18 U.S.C. §§ 1153 and 1112: Voluntary |
| ) | Manslaughter. |
| **BRANDON CHARLEY,** ) | |
| ) | |
| ) | |
| Defendant. | |

# INFORMATION

The United States Attorney charges:

On or about June 24, 2018, in Indian Country, in McKinley County, in the District of New Mexico, the defendant, **BRANDON CHARLEY**, an Indian, while in heat of passion and therefore without malice, intended to kill John Doe, and unlawfully killed John Doe.

In violation of 18 U.S.C. §§ 1153 and 1112.

FRED J. FEDERICI
Acting United States Attorney

*/s/ signature*

JOSEPH M. SPINDLE
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, NM 87103-0607
(505) 346-7274