IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Cr. No. 19-00940 JCH |
| | ) | |
| vs. | ) | |
| | ) | |
| BRANDON CHARLEY, | ) | |
| | ) | |
| Defendant. | ) | |

### UNITED STATES' MOTION TO DISMISS SUPERSEDING INDICTMENT PURSUANT TO PLEA AGREEMENT

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States of America moves this Court to dismiss the Superseding Indictment (Doc. 137) as to Defendant Brandon Charley. As grounds, the United States asserts that such dismissal is warranted pursuant to the terms and conditions of the Plea Agreement (Doc. 220) entered into by Defendant Brandon Charley whereby he pleaded guilty to an Information (Doc. 217) and the United States agreed to dismiss the Superseding Indictment.

WHEREFORE, the United States respectfully requests this motion be granted and that the Court dismiss the Superseding Indictment as to Defendant Brandon Charley.

Respectfully submitted,

ALEXANDER M.M. UBALLEZ
United States Attorney

*/s/ Filed on July 1, 2022*
JOSEPH M. SPINDLE
Assistant U.S. Attorney
United States Attorney's Office
P.O. Box 607
Albuquerque, N.M. 87103
(505) 346-7274

      I HEREBY CERTIFY that on July 1, 2022, I filed the foregoing electronically through the CM/ECF system, which caused counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

                                                *s/*  
                                                JOSEPH M. SPINDLE  
                                                Assistant U.S. Attorney